IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY P. LIGHTMAN, ESQ.,        :      CIVIL ACTION
et al.                         :
                               :
          v.                   :
                               :
JEROME M. MARCUS, ESQ.,        :
et al.                         :      NO. 12-97

<u>ORDER</u>

AND NOW, this 17th day of April, 2012, upon consideration of the defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Docket No. 2), the plaintiffs' response thereto, the defendants' brief in reply, the plaintiffs' Rule 56(d) Cross Motion (Docket No. 14), after oral argument on the motions, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED THAT:

1. The defendants' motion is GRANTED;

2. The plaintiffs' motion is DENIED; and

3. The plaintiffs' complaint is DISMISSED WITH PREJUDICE.



BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.